# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COTTER CORPORATION, COMMONWEALTH EDISON COMPANY, EXELON CORPORATION, EXELON GENERATION COMPANY, LLC, DJR HOLDINGS, INC. f/k/a FUTURA COATINGS, INC., and ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS<br><br>Defendants. | Case No. 4:18-cv-00624 |

## **DECLARATION OF CARTER C. CULVER**

I, Carter C. Culver, hereby declare and state as follows:

1. I am the Assistant Secretary of Exelon Corporation ("Exelon").

2. I am an adult citizen and resident of the State of Illinois and am competent to provide this Declaration. I am providing this Declaration based on my own personal knowledge, and on documents, records, and information of Exelon available to me in my position as the Secretary of Exelon.

3. Exelon is a corporation organized and existing under the laws of Pennsylvania, having its principal place of business at 10 South Dearborn Street, Chicago, Illinois 60680.

4. Exelon is not registered to do business in Missouri.

5. Exelon is not doing business in Missouri.

6. Exelon has not transacted business in Missouri with respect to any matter which is the subject of the Complaint filed in this action.

7. Exelon offers no products or services within Missouri.

8. Exelon has no employees in Missouri.

9. Exelon does not own or lease any real property or facilities in Missouri.

10. Exelon does not maintain an office to do business in Missouri.

11. At no time has Cotter Corporation (N.S.L.), a New Mexico corporation, ever been a subsidiary of Exelon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2018.

_____
Carter C. Culver
Assistant Secretary
Exelon Corporation