# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:18-CV-00624 JAR ) |
| COTTER CORPORATION, et al., | ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's motion to stay proceedings in this case pending the Court's ruling on Plaintiff's motion for remand (Doc. No. 47) by **Wednesday, June 13, 2018.**

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of June, 2018.